STEVEN W. MYHRE
Acting United States Attorney
MARK E. WOOLF
Assistant United States Attorney
DONNA W. ANDERSON
Special Assistant United States Attorney
160 Spear Street; Suite 800
San Francisco, CA 94105
Tel: (415) 977-8943
Fax: (415) 744-0134
Email: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE YATES, | Case No. 2:17-cv-01626-KJD (VCF) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until January 2, 2018. This is Defendant's first request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the government's position due schedule conflicts, and end-of-year use/lose leave. Plaintiff's counsel

-1-

does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: November 16, 2017     Law Offices of Lawrence D. Rohlfing

By:    */s/ Cyrus Safa*       
CYRUS SAFA
Attorney for Plaintiff
(*By e-mail authorization on 11/14/17)

Dated: November 16, 2017     STEVEN W. MYHRE
Acting United States Attorney
MARK E. WOOLF
Assistant United States Attorney

By:    */s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: 11-22-2017

HON. CAM FERENBACH
United States Magistrate Judge