UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMIE L YATES,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. 2:17-cv-01626-KJD-VCF<br><br>ORDER |

Before the Court for consideration is the Report and Recommendation (#17) of Magistrate Judge Cam Ferenbach entered July 25, 2018, recommending that Plaintiff's Motion for Reversal and/or Remand (#12) be denied and that Defendant's Cross-motion to Affirm (#16) be granted. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation (#17) of the United States Magistrate Judge entered July 25, 2018, should be **ADOPTED and AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#17) entered July 25, 2018, are **ADOPTED and AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's Motion to Remand or for Reversal (#12) is **DENIED**;

IT IS FURTHER ORDERED that Defendant's Cross-motion to Affirm (#16) is **GRANTED**;

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant and against Plaintiff.

DATED this 5th day of October 2018.

                                                                              The Honorable Kent J. Dawson
                                                                              United States District Judge